PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| United States of America | ) | |
| :--- | :--- | :--- |
| | ) | |
| vs | ) | |
| | ) | |
| Demetrius Wiggins | ) | Case No. 05-20266-001 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Demetrius Wiggins, have discussed with Loretta Fleming, Pretrial Services/Probation Officer, modification of my release conditions as follows:

1) Submit to any method of testing required by the Pretrial Services Office or the supervising office for determining whether the defendant is using a prohibited substance
2) Participate in a program of inpatient or outpatient substance abuse testing, education or treatment, if deemed advisable by Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2/28/06   _____  2/28/06
Signature of Defendant         Date      Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  3/8/06
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on _Wed., March 8, 2006_

[ ] The above modification of conditions of release is not ordered.

s/Diane K. Vescovo           March 8, 2006
Signature of Judicial Officer        Date
U.S. Magistrate Judge